1    **WO**

2

3

4

5

6              **IN THE UNITED STATES DISTRICT COURT**

7                 **FOR THE DISTRICT OF ARIZONA**

8

9    Mikeal Glenn Stine,                          No. CV-21-00422-TUC-DCB

10            Plaintiff,                           **ORDER**

11   v.

12   Unknown Merrell, et al.,

13            Defendants.

14

15        On January 10, 2022, the Court issued the screening Order in this case and

16   allowed Plaintiff to proceed *in forma pauperis* on Count One, alleging violations of the

17   Eighth Amendment. Plaintiff alleges Defendants denied him protective segregation

18   housing after being informed that gang members were planning to attack and kill him.

19   The Court ordered the Complaint, Summons, and accompanying Motion for Temporary

20   Restraining Order, treated like a Motion for Preliminary Injunction, served by the United

21   States Marshall. Service is now pending.

22        On January 31, 2022, the Plaintiff filed another Motion for Temporary Restraining

23   Order (Doc. 15). The Court denies this subsequently filed Motion for TRO because it

24   alleges issues wholly unrelated to the claim alleged in Count One. As Plaintiff has been

25   repeatedly told in other cases, he cannot bootstrap other unrelated claims into a pending

26   case; "a pending civil rights case is not a funnel for every grievance experienced by a

27   prisoner during the pendency of the case." (CV 20-187 TUC DCB (Order (Doc. 128) at

28   9-10 (citing Order (Doc. 86) at 2-3)). This is especially true here because the Plaintiff has

1 | been found to repeatedly file frivolous and malicious claims and, therefore, is barred
2 | from proceeding *in forma pauperis,* except if he is under imminent danger of serious
3 | physical injury. Only Count One of the Complaint alleged such a cause of action. The
4 | recently filed Motion for TRO alleges a litany of other grievances, none of which are
5 | factually related to the claim that the Defendants denied him protective segregation
6 | housing, which was needed to protect him from being attacked and killed by a prison
7 | gang.

8 | **Accordingly,**

9 | **IT IS ORDERED** that the Motion for Temporary Protective Order (Doc. 15) is
10 | DENIED, without prejudice to these claims being brought in a separate cause of action.

11 | Dated this 2nd day of February, 2022.

Honorable David C. Bury
United States District Judge