**WO**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mikeal Glenn Stine, | No. CV-21-00422-TUC-DCB |
| Plaintiff, | **ORDER** |
| v. | |
| Unknown Merrell, et al., | |
| Defendants. | |

This case is closed. The Court entered Judgment (Doc 72) for Defendants after granting a Motion for Judgment on the Pleadings, (Order (Doc. 71)). On May 8, 2023, simultaneously, the Plaintiff filed a Notice of Appeal (Doc. 75) and Emergency Motion for Temporary Restraining Order (TRO) (Doc. 74). The motion is not related to the *Bivens* claims originally raised in this action, which the Court dismissed for lack of subject matter jurisdiction. *Compare* (Motion (Doc. 74) (alleging correctional officer came to his cell on March 24, 2023, with pistol and threatened to murder his cell mate and him) *with* (Screening Order (Doc. 13) (alleging that in 2021, Defendants denied him protective custody from other inmates who threatened and attacked him). The Court will not construe

/////

/////

/////

/////

/////

the Emergency Motion for TRO as a motion for reconsideration. The Plaintiff must file a new case to allege new claims against new defendants.[1]

**Accordingly,**

**IT IS ORDERED** that the Emergency Motion for Temporary Restraining Order (Doc. 74) is DENIED.

Dated this 18th day of May, 2023.

_____
Honorable David C. Bury
United States District Judge

---

[1]Three of Plaintiff's prior actions or appeals qualify as "strikes" under § 1915(g), . . . [t]herefore, Plaintiff may not bring a civil action without complete prepayment of the $350.00 filing fee and $50.00 administrative fee unless he is in imminent danger of serious physical injury." (Order (Doc. 13) at 2 (citing 28 U.S.C. § 1915(g)).