**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mikeal Glenn Stine, | No. CV-21-00422-TUC-DCB |
| Plaintiff, | **ORDER** |
| v. | |
| Unknown Merrell, et al., | |
| Defendants. | |

On April 27, 2023, the Court granted Judgment on the pleadings. (Docs. 71, 72.) The Plaintiff has filed a Notice of Appeal.

**Accordingly,**

**IT IS ORDERED** that the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3) and Federal Rules of Appellate Procedure 24(a)(3)(A), that the appeal of the decision is taken in good faith, and Plaintiff may appeal in forma pauperis.

Dated this 23rd day of May, 2023.

Honorable David C. Bury
United States District Judge